IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Wayne Anthony Miller, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:16cv852 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Lt. Ryan Bowers, et al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on April 10, 2017 (Doc. 18), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired April 24, 2017, hereby

ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for leave to amend the complaint (Doc. 15) is DENIED.

Defendant Rardin's motion for leave to file an untimely response to plaintiff's motion (Doc. 17)

is DENIED AS MOOT.

IT IS SO ORDERED.


   s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court