IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Wayne Anthony Miller,

    Plaintiff(s),

vs.

Lt. Ryan Bowers, et al.,

    Defendant(s).

Case Number: 1:16cv852

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on December 19, 2017 (Doc. 34), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 2, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is DISMISSED in its entirety for want of prosecution, for lack of service, and for failure to obey an Order of the Court.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court